IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 20-CR-73 |
| | ) | |
| | ) | |
| THOMAS RICHARD GALLOWAY | ) | |

## ORDER

This matter was originally scheduled for a plea colloquy on Friday, March 27, 2020 at 1:00 p.m. On March 17, 2020, following the entry of General Order 2020-03 by United States Chief District Judge Mark S. Davis, the sentencing hearing was postponed in light of the COVID-19 pandemic. Two subsequent General Orders, namely General Order 2020-07 and 2020-12, further extended the time period during which in-person civil and criminal proceedings were suspended through June 10, 2020.

Accordingly,

It is hereby **ORDERED** that a plea hearing in this matter is **SCHEDULED** for **Friday, June 12, 2020 at 2:30 p.m.**

The Clerk is directed to send a copy of this Order to all counsel of record.

Alexandria, VA
April 13, 2020

/s/
T. S. Ellis, III
United States District Judge