AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:20-cr-73 |
| Thomas Richard Gallaway | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Thomas Richard Gallaway .

Date: 06/26/2020

/s/
*Attorney's signature*

Amy L. Wilson
*Printed name and bar number*
4015 Chain Bridge Road, Suite I
Fairfax, Virginia 22030

*Address*

aklwilson@yahoo.com
*E-mail address*

(571) 733-8867
*Telephone number*

(571) 612-5617
*FAX number*