AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 1:20-cr-73 |
| | ) | |
| Thomas Richard Gallaway | ) | |
| *Defendant* | ) | |

FILED IN OPEN COURT
6 2020
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 06/26/2020

*Defendant's signature*

*Signature of defendant's attorney*

Amy Wilson, Esq.
*Printed name of defendant's attorney*

*Judge's signature*

The Hon. T.S. Ellis, III, U.S. District Judge
*Judge's printed name and title*