# UNITED STATES DISTRICT COURT
## ** Plea Minutes **

Date: 06/26/2020  
Time: 03:00 p.m. – 04:11 p.m. (01:11)

Case #: 1:20-cr-00073-TSE-1  
Interpreter/Lang: N/A

Honorable **T.S. ELLIS III**, United States District Judge, Presiding

| Tanya Randall | Patricia Kaneshiro-Miller |
|---|---|
| Courtroom Deputy | Court Reporter |

**UNITED STATES OF AMERICA**  
v.  
**THOMAS RICHARD GALLOWAY**

Deft appeared: [ X ] in person   [ ] failed to appear  
[ X ] with Counsel   [ ] without Counsel  
[ ] through Counsel

AMY WILSON  
**Counsel for Defendant**

CARINA CUELLAR  
**Counsel for Government**

**Matter called for:**  
[ X ] Pre-Indictment Plea   [ ] Change of Plea   [ ] Plea Agreement

**Filed in open court:**  
[ X ] Information   [ X ] Plea Agreement   [ X ] Statement of Facts   [ X ] Waiver of Indictment

**Arraignment & Plea:**  
[ ] WFA   [ ] FA   [ ] PG

**Plea:**  
[ X ] Deft entered a Plea of Guilty as to Count(s) 1 of the   [ ] Indictment   [ X ] Information  
[ X ] Plea accepted by the Court.  
[ ] Deft waived right to PSI and consent to proceed with sentencing.  
[ ] Motion for Dismissing Count(s) _____ by [ ] US or [ ] Deft  
[ ] Order entered in open court   [ ] Order to follow  
[ X ] Deft directed to USPO for PSI   [ X ] Yes   [ ] No  
[ X ] Case continued to: **OCTOBER 30, 2020** at **09:00 A.M.** for:  
   [ ] Jury Trial   [ ] Bench Trial   [ ] Pre-Guidelines Sentencing   [ X ] Guidelines Sentencing

- Oral Motion to Defer Reporting -DENIED.

[ X ] Deft remanded   [ ] Deft Released on Bond   [ ] Deft Continued on same bond conditions