# Criminal Case Cover Sheet

**U.S. District Court**

FILED: REDACTED

**Place of Offense:** ☐ Under Seal

- City: Alexandria
- County:

**Superseding Indictment:**
**Same Defendant:**
**Magistrate Judge Case No.:**
**Search Warrant Case No.:**

**Judge Assigned:** T.S. Ellis, III
**Criminal No.:** 1:20-cr-73
**New Defendant:** x
**Arraignment Date:**
**R. 20/R. 40 From:**

## Defendant Information:

- **Defendant Name:** Thomas Richard Galloway
- **Alias(es):**
- ☐ Juvenile  **FBI No.:**
- **Address:** Washington DC
- **Employment:**
- **Birth Date:** 1977
- **SSN:**
- **Sex:** Male
- **Race:** White
- **Nationality:** USA
- **Place of Birth:** Germany
- **Height:** 5'9"
- **Weight:** 200
- **Hair:** Brown
- **Eyes:** Brown
- **Scars/Tattoos:**
- ☐ Interpreter  **Language/Dialect:**
- **Auto Description:**

## Location/Status:

- **Arrest Date:**
- ☐ Already in Federal Custody as of: _____ in: _____
- ☐ Already in State Custody
- ☐ On Pretrial Release
- ☐ Not in Custody
- ☐ Arrest Warrant Requested
- ☐ Fugitive
- ☐ Summons Requested
- ☐ Arrest Warrant Pending
- ☐ Detention Sought
- ☐ Bond

## Defense Counsel Information:

- **Name:** Amy Wilson
- ☐ Court Appointed
- **Counsel Conflicts:**
- **Address:** 4015 Chain Bridge Road, Suite I Fairfax, VA 22030
- ☒ Retained
- **Phone:** (571) 733-8867
- ☐ Public Defender
- ☒ Federal Public Conflicted Out

## U.S. Attorney Information:

- **AUSA(s):** Carina A. Cuellar
- **Phone:** 703-299-3700
- **Bar No.:**

## Complainant Agency - Address & Phone No. or Person & Title:

DEA SA Kendrah Peterson

| U.S.C. Citations: | Code/Section | Offense Charged | Count(s) | Capital/Felony/Misd./Petty |
|---|---|---|---|---|
| Set 1: | 21 U.S.C. § 846 | Consp to Dis 50 grams Meth | 1 | Felony |
| Set 2: | | | | |

**Date:** 3/9/2020  **AUSA Signature:** [signature]

*may be continued on reverse*