IN THE UNITED STATES COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
**Alexandria Division**

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Criminal No. 1:20-CR-00073-001 |
| | ) | |
| | ) | Sentencing Date: October 30, 2020 |
| **THOMAS RICHARD GALLAWAY,** | ) | |
| | ) | The Honorable T. S. Ellis, III |
| | ) | |
| Defendant. | ) | |

The defendant has filed a Motion to Seal seeking an order of the Court to direct the sealing of Defendant's Position with Regard to Sentencing. It appearing that sealing is justified under the circumstances in order to keep confidential certain information, it is **ORDERED** that the motion is _____ and the clerk is directed to file the Sentencing Memorandum under seal.

ENTERED:_____

_____
UNITED STATES DISTRICT JUDGE