PROB 49 (3/89)
VAE (rev. 05/17)

# UNITED STATES DISTRICT COURT
## for the
## EASTERN DISTRICT OF VIRGINIA

U.S.A. vs. Thomas Richard Gallaway                               Criminal No. 1:20CR00073-001

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing, at no cost to me, if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant shall submit his person and any property, house, residence, office, vehicle, papers, computer, other electronic communication or data storage devices or media and effects to a search, conducted by a U.S. Probation Officer at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other residents that the premises may be subject to searches pursuant to this condition.

Witness: _R.B., CSW_                                Signed: _____
                                                           Probationer or Supervised Releasee

                            5/23/21
                            Date

                                                    Respectfully,

**ORDER OF COURT**

Considered and ordered this 28th day of May, 2021, and ordered filed and made a part of the records in the above case.

_____
T.S. Ellis, III
Senior U.S. District Judge

Daniel D. Gillespie, Jr.
Digitally signed by Daniel D. Gillespie, Jr.
Date: 2021.05.19 13:43:07 -04'00'

Daniel D. Gillespie, Jr.
Senior U.S. Probation Officer
703-299-2285
Place: Alexandria
Date: _____

TO CLERKS OFFICE

Page 1